UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 10-1697-JST (MLGx)                              Date:  April 21, 2011
Title:  WAYNE TORRISI v. HUNT AND HENRIQUES LAW FIRM

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                    Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE**

On February 24, 2011, the Court set a scheduling conference for May 2, 2011, and ordered counsel to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**"  (Doc. 7 ¶ 1.)  Parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form and Order" along with their joint 26(f) Report.(*Id*. ¶ 1(k).)  The 26(f) Report submitted by Plaintiff on April 6, 2011 was stricken for the reasons state in the Court's Order dated April 14, 2011, and the parties have failed to submit a revised Joint 26(f) Report.  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for counsel's failure to submit a Joint Rule 26(f) Report and completed ADR-01 Form and Order.  No later than **April 25, 2011, 12:00 p.m.**, counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 Form and Order, and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

Initials of Preparer:  enm